D2UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:

LUXE SPACES, LLC,
DEBTOR.

CASE NO. 23-10042
CHAPTER 11

LUXE SPACES, LLC,
PLAINTIFF,

V.

ADV. PROC. NO. 23-01011

KINETIC DIRECT FUNDING LLC &
LIBERTAS FUNDING, LLC,
DEFENDANTS.

# O R D E R

**CONSIDERING** the *Ex Parte Motion to Dismiss Adversary Proceeding* (P-24) filed by Luxe Spaces, LLC (the "Debtor"), the records of this adversary proceeding and case no. 23-10042, and applicable law:

**IT IS ORDERED** that this Adversary Proceeding is dismissed with prejudice.

Baton Rouge, Louisiana, November 21, 2023.

**s/ Michael A. Crawford**
MICHAEL A. CRAWFORD
UNITED STATES BANKRUPTCY JUDGE