# Notice Recipients

| | | |
|---|---|---|
| District/Off: 053N−3 | User: ao1492bnc | Date Created: 11/21/2023 |
| Case: 23−01011 | Form ID: pdf801 | Total: 8 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Ashley Michelle Caruso | ashley@snw.law |
| aty | Bonnie Golub | bgolub@wgpllp.com |
| aty | Jeffrey Cianciulli | jcianciulli@wgpllp.com |
| aty | Ryan James Richmond | ryan@snw.law |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| pla | Luxe Spaces, LLC | 733 Longwood Drive | Baton Rouge, LA 70806−5834 | |
| dft | Kinetic Direct Funding LLC | 411 W. Putnam Avenue | Suite 220 | Greenwich, CT 06830−6261 |
| dft | Libertas Funding, LLC | 411 W. Putnam Avenue | Suite 220 | Greenwich, CT 06830−6261 |
| ust | U.S. Trustee | 400 Poydras Street | Suite 2110 | New Orleans, LA 70130 |

TOTAL: 4